## CONTINUATION OF A CRIMINAL COMPLAINT

I, Marcel Behnen, being duly sworn, state as follows:

### Introduction and Background

1.      This continuation is made in support of a criminal complaint to authorize the arrest of Kelvin Anthony PRATCHER, Jr. for possession with intent to distribute controlled substances, including 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C §§ 841(a)(1), 841(b)(1)(B)(vi), on or about May 7, 2024, in Kalamazoo County, in the Western District of Michigan. This continuation is made for the limited purpose of establishing probable cause and does not include each and every fact known by me or the government.

2.      I am a Task Force Officer with the United States Drug Enforcement Administration, United States Department of Justice and have been so since March 2019. I have been a police officer with the Kalamazoo Department of Public Safety (KDPS) for more than 18 years, the last 9 of which I have been assigned as an investigator with the Kalamazoo Valley Enforcement Team (KVET), which is tasked with investigating narcotics trafficking.  I am currently assigned to the Grand Rapids District Office in the DEA's Detroit Field Division.  During my time as a Task Force Officer, I have participated in investigations of unlawful drug trafficking and money laundering and, among other things, have conducted or participated in surveillance, the execution of search warrants, debriefings of informants, reviews of taped conversations and drug records, and have participated in investigations that included the interception of wire and electronic communications. Through my training, education and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed, the methods of payment for such drugs, the laundering of narcotics proceeds, and the dialect, lingo, and coded language used by narcotics

1

traffickers.  As a DEA Task Force Officer, I am charged with investigating controlled substance violations under Title 21, including charges of possession with intent to distribute controlled substances in violation of Title 21, United States Code, Section 841. These investigations also involve the investigation of weapons offense violations under Title 18, including charges of being a felon in possession of a firearm or possession of a firearm in furtherance of a drug trafficking offense. In my training and experience, drug traffickers commonly have in their possession, either on their person or at their residence, firearms. These firearms are used to protect and secure the proceeds and products of drug trafficking and the drug trafficker herself.

3.      The information set forth in this criminal complaint is based on my personal knowledge gained from my participation in this investigation and my review of other law enforcement officers' reports, including reports of witness and suspect interviews.

4.      I respectfully submit that the facts set forth in this criminal complaint establish probable cause to believe that on or about May 7, 2024, in Kalamazoo County, in the Southern Division of the Western District of Michigan, Kelvin PRATCHER knowingly and intentionally possessed with intent to distribute controlled substances, including 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C §§ 841(a)(1), 841(b)(1)(B)(vi).

### Probable Cause

5.      Kelvin Anthony PRATCHER, Jr. is a 35-year-old resident of Benton Harbor, MI. PRATCHER has numerous felony convictions, including:

a.      2007 – Controlled Substance Delivery/Manufacture less than 50 grams
b.      2008 – Controlled Substance Delivery/Manufacture less than 50 grams
c.      2011 – Interfering with Electronic Communications Causing Injury or Death
d.      2014 – Assaulting/Obstructing/Resisting Police Causing Injury
e.      2014 – Fleeing/Eluding Police – Third Degree

6. In January 2024, the Kalamazoo Valley Enforcement Team (KVET) began receiving information from a KVET confidential source (hereinafter KVET CS1[1]) that a subject by the name of "Boo Boo" was selling large amounts of methamphetamine in Kalamazoo, MI. KVET Inv Ben Ulman checked the alias "Boo Boo" in the KDPS records management systems (RMS) and learned "Boo Boo" was an alias for Kelvin PRATCHER. The KVET CS was shown a photograph of PRATHCER, and s/he confirmed that was whom s/he knew as "Boo Boo."

7. In March 2024, a second KVET CS (hereinafter KVET CS2[2]) provided information that PRATCHER was actively selling heroin/fentanyl in Kalamazoo, MI.

8. On April 19, 2024, KVET CS2 advised investigators that PRATCHER was driving a white Jeep Cherokee and using it to transport heroin/fentanyl. At the same time, KVET was conducting surveillance of PRATCHER and observed him to be driving a white Jeep Cherokee with Connecticut registration "BH89436." This vehicle was determined to be a rental vehicle belonging to EAN Holdings.

9. On April 23, 2024, KCET Inv Ben Ulman obtained a State of Michigan search warrant, signed by a local magistrate/judge, to conduct GPS tracking of the rental Jeep Cherokee. During his review of location data obtained from the movement of the Jeep Cherokee, Inv Ulman identified two addresses PRATCHER would frequent in Kalamazoo, MI, those being 3307 Danford Creek Dr and 166 North 28th Street.

---

[1] KVET CS1 (KVET CS#2150) has conducted 4 controlled purchases under the control of KVET and provided information to the handling investigator on over 40 occasions. The information has been deemed credible and reliable. The CS was working with KVET for leniency in a pending criminal case.

[2] KVET CS2 (KVET CS#1976) has conducted 3 controlled purchases under the control of KVET and provided information to the handling investigator on  numerous occasions. The information has been deemed credible and reliable. The CS was working with KVET for leniency in a pending criminal case.

10.    During the last week of April 2024, investigators conducted a controlled buy of heroin/fentanyl from PRATCHER utilizing KVET CS2. During the controlled buy, KVET CS2 contacted PRATCHER by telephone and a predetermined meet location was arranged. PRATCHER, already under KVET surveillance when the order was placed, drove to 166 North 28th Street and appeared to enter apartment #8. After a few minutes, PRATCHET left 166 North 28th Street, PRATCHER met KVET CS2 and sold him/her a quantity of what the Kalamazoo Forensic Laboratory determined to be fentanyl.

11.    During the first week of May 2024, investigators conducted a second controlled buy of heroin/fentanyl from PRATCHER utilizing KVET CS2. During the controlled buy, KVET CS2 contacted PRATCHER by telephone and a predetermined meet location was arranged. PRATCHER and his rental Jeep Cherokee were electronically surveilled to 3307 Danford Creek Dr. There, PRATCHER was observed exiting the vehicle and entering apartment #2D. After a short period of time, PRATCHER exited 3307 Danford Creek Dr, Apt 2D, entered his rental Jeep Cherokee, and drove to the predetermined meet location. There, PRATCHER met KVET CS2 and sold him/her a quantity of what the Kalamazoo Forensic Laboratory determined to be fentanyl. Following the controlled buy, PRATCHER again drove to 3307 Danford Creek Dr and entered apartment #2D.

12.    On May 6, 2024, KVET Inv Ben Ulman obtained a State of Michigan search warrant for PRATCHER's person, his rental white Jeep Cherokee, Connecticut registration "BH89436," 3077 Danford Creek Dr, Apt #2D, Kalamazoo, MI and 166 N 28th Street, Apartment #8, Kalamazoo, MI. The search warrants were signed by a local magistrate/judge.

13.    On May 7, 2024, investigators executed the search warrants.

14.     While executing the warrants, investigators located PRATCHER exiting 3077 Danford Creek Dr, Apt #2D. PRATCHER was detained by investigators and began distancing himself from the apartment by saying "that's not my house" and frequently repeating he was only there to pickup his cousin for work. PRATCHER was also holding a cell phone which he appeared to attempt to crush with his hands prior to the phone being secured by investigators.

15.     During the search of 3077 Danford Creek Dr, Apt #2D, investigators located the following:

a.     In the kitchen:

- Box of sandwich bags and loose sandwich bags on top of the upper cabinets.
- Blue digital scale with suspected drug reside on top of the upper cabinets.
- Knotted sandwich bag containing 2.18 grams of fentanyl on top of the upper cabinets.
- Sandwich bag containing one bag of 44.16 grams of heroin/fentanyl mixture and one bag of 40.23 grams of etonitazene[3] (Schedule I controlled substance), in the bottom oven drawer.
- Green digital scale on top of the upper cabinets.
- Hipster drug press on top of the kitchen counter.
- Bottle of super lactose on top of kitchen counter (cutting agent).
- Hamilton Beach blender with residue on the kitchen counter.
- Black digital scale in the kitchen closet.
- Metal press in the kitchen closet.
- Two blender with residue in the kitchen closet.

b.     In the bedroom:

- Sig Sauer P230 handgun on the couch and a magazine with ammo.

c.     In the Jeep Cherokee:

---

[3] According to the DEA, etonitazene is a nitazene analogue and Schedule I controlled substance. Nitazenes are synthetic opioids that can be more potent than fentanyl and is often sold on the illicit market as fentanyl or heroin. Nitazenes, including etonitazene, are increasingly being identified in combination with fentanyl, heroin, and cocaine in laboratory submissions. *See* https://www.dea.gov/sites/default/files/2024-01/Street%20Report%20-%20Jan%202024%20-%20FINAL.pdf (last visited March 27, 2026).

- Surgical masks

16.    The Kalamazoo Forensic Laboratory analyzed and confirmed the 44.16 grams of heroin/fentanyl mixture and the one bag of 40.23 grams of etonitazene (Schedule I controlled substance) in the bottom oven drawer.

17.    At 166 N 28th Street, Apartment #8, investigators located a white plastic trash bag. Inside were documents for "Kelvin PRATCHER," lottery tickets, and a gallon Ziploc bag with several different types of bullets. Investigators also located $1,350 US Currency on a closet shelf.

18.    Back at 3077 Danford Creek Dr, Apt #2D, investigators read PRATCHER his Miranda rights and PRATCHER agreed to speak with investigators. PRATCHER stated he did not live at the apartment but came here to "chill with his cousin." PRATCHER stated that he sleeps in Comstock at his girlfriend "Char's" apartment. PRATCHER stated there was nothing there (at 166 N 28th St, Apt #8) but would take full responsibility for anything found. Investigators asked PRATCHER if the fentanyl in the oven was his, and PRATCHER responded, "Yes, I'm not gonna bullshit you." When asked about the press, digital scale, and baggies, PRATCHER stated, "everything mine." PRATCHER again stated, "everything in the kitchen is mine. The only thing that's not mine is that gun. You got your shit down pat bro, you got me bro, how the fuck did I miss you." Investigators asked PRATCHER if he had purchased all that fentanyl from "him" (referring to his supplier). PRATCHER stated he did, and it was around 100 grams and he paid $2,000-2,500 for it. PRATCHER admitted to not having employment and that the  $1,350 US Currency located at 166 N 28th St, Apt #8 was money he made from selling drugs.

19.    Based on my training and experience, and based on the facts surrounding the seizure of the drugs identified above, PRATCHER possessed the heroin/fentanyl mixture and the etonitazene and intended to distribute those controlled substances.

20.     Following the May 7, 2024 search warrant operation, PRATCHER was not arrested, as investigators initially explored cooperation with PRATCHER.

21.     In the summer of 2025, KVET initiated a second drug trafficking investigation into PRATCHER and his co-conspirators, during which approximately 20 controlled buys were conducted.

22.     On March 7, 2026, officers with the Benton Harbor Department of Public Safety responded to the 100 block of N. Seeley Avenue regarding a shooting that had just occurred. Upon arrival, officers located approximately (38) .223 caliber fired cartridge casings and the intended victim, SK. SK told officers that he was in an argument with his relative, Kelvin PRATCHER, when PRATCHER pulled out an AR-style short-barreled rifle and began shooting at him. SK was not struck, but the nearby vehicle was struck by multiple rounds. PRATCHER fled the scene prior to law enforcement arrival.

23.     On March 26, 2026, law enforcement officers attempted to locate and arrest PRATCHER for outstanding arrest warrants and believed he was located at 351 High Street in Benton Harbor. While conducting surveillance at that location, PRATCHER ran out of the front door away from the residence. Officers gave chase and took PRATCHER into custody near an abandoned house in the 300 block of Lincoln Street and transported him to the jail. Investigators requested and received signed written consent from the homeowner of 351 High Street to search that location. Upon searching the residence, officers located three firearms, one of which was an AR-style short-barreled .223 caliber rifle, the same type of firearm used in the March 7 shooting.

### Conclusion

24.     Based on the above information, there is probable cause to believe that on or about May 7, 2024, in Kalamazoo County, in the Western District of Michigan, Kelvin PRATCHER

knowingly and intentionally possessed with intent to distribute controlled substances, including 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, in violation of 21 U.S.C §§  841(a)(1), 841(b)(1)(B)(vi).